**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RAMONA SMITH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-572-O-BP** |
| | § | |
| **ABRAHAM ARELLANO,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.[1]

Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice.

**SO ORDERED** on this **12th** day of **August, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Since the submission of the Findings, Conclusions, and Recommendation by the Magistrate Judge on July 23, 2024, Plaintiff subsequently filed one document on July 31, 2024 (ECF No. 8). Having reviewed and liberally construed the document, the Court finds that the document does not identify the particular finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the Magistrate Judge's Findings, Conclusions, and Recommendation where the disputed determination is found. Accordingly, the Court finds that the document does not constitute a specific objection.